| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Huck, Paul C | 2. Court or Organization SD - FL | 3. Date of Report 07/11/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 99 N.E. Fourth Street Suite 1067 Miami, FL 33132 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 AUG 30 A 11: 31 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 07/11/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Kozyak Tropin & Throckmorton - Deferred | $ 22,044.00 |
| 2. 2006 | University of Miami | $ 6,600.00 |
| 3. 2006 | Social Security | $ 22,407.00 |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Self Employed - Small Business Owner |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. National Advocacy Center - U.S. Government | Expenses related to travel and lodging when teaching at the Center -Columbia, SC June 26-27, 2006 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 07/11/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Gibraltar Bank FSB, Checking Account | A | Interest | J | T | | | | | |
| 2. Gibraltar Bank, FSB Money Market | A | Interest | K | T | | | | | |
| 3. Altamonte Investors (formerly Alt.Springs) | E | Distribution | M | T | Loan | | | | K-1 Partnership |
| 4. Altamonte Investors (formerly Alt.Springs) | | | | T | Paydown | 05/24 | L | | K-1 Partnership |
| 5. Daytona Development | D | Distribution | M | T | Loan | | | | K-1 Partnership |
| 6. Daytona Development | | | | | Satisfied | 06/11 | L | D | K-1 Partnership |
| 7. Lakehouse 1 Ltd. | B | Distribution | J | U | | | | | |
| 8. Oman Trustee #4 (Baez) | | None | L | T | | | | | |
| 9. Oman Trustee #9(Herrera) | D | Interest | L | T | | | | | |
| 10. Oman Trustee #10(Walters) | C | Interest | L | T | Loan | | | | |
| 11. Oman Trustee #10(Walters) | | | | | Satisfied | 12/22 | L | | |
| 12. Oman Trustee #11(Walden) | D | Interest | M | T | Loan | 02/22 | M | | New Mortgage |
| 13. Oman Trustee #11(Walden) | | | | | Satisfied | 12/27 | L | | |
| 14. Oman Trustee #13(288Homestead) | D | Interest | K | T | Loan | | | | |
| 15. Oman Trustee #14 (McKenna) | C | Interest | K | T | Loan | | | | |
| 16. Oman Trustee #14 (McKenna) | | | | | Satisfied | 10/06 | K | | |
| 17. Oman Trustee #15(Rockledge) | B | Interest | K | T | Loan | 03/28 | K | | New Mortgage |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - 100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Oman Trustee#16 (NW19/20 LLC) | D | Interest | M | T | Loan | 04/28 | M | | New Mortgage |
| 19. Oman Mortgage Trust One | D | Interest | L | T | Loan | 06/07 | L | | New Mortgage |
| 20. Oman Mortgage Trust Two | | | N | T | Loan | 10/11 | N | | New Mortgage |
| 21. The Preserve at San Luis | D | Interest | L | T | | | | | K-1 Partnership |
| 22. The Preserve at San Luis | | | | | Payoff | 07/25 | L | F | K-1 Partnership |
| 23. Lantern 22 | | None | M | T | New Loan | 05/10 | M | | K-1 Partnership |
| 24. Crystal Cove | A | Interest | M | T | New Loan | 11/26 | M | | K-1 Partnership |
| 25. FSP Collins Crossing | C | Distribution | L | T | | | | | |
| 26. FSP Satellite Place | B | Distribution | L | T | | | | | |
| 27. FSP Satellite Place | | | | | Sold | 04/04 | L | | Brian Gettel |
| 28. Morgan Keegan Money Fund#1 (DH) | D | Interest | K | T | | | | | |
| 29. Morgan Keegan Money Fund #2 (PH) | E | Int./Div. | L | T | | | | | |
| 30. Morgan Keegan Money Fund ## (PH1RA) | E | Int./Div. | K | T | | | | | |
| 31. New York Life Insurance | A | Interest | L | T | | | | | |
| 32. Orange Cty FL Tourist DV Tax | A | Interest | L | T | | | | | |
| 33. Osceola Co Fl West 192 REDV | B | Interest | K | T | | | | | |
| 34. West Va St Hosp Fin Auth | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fl State Gov Environ. | B | Interest | L | | Buy | 10/02 | L | | |
| 36. Fl State Gov Util | A | Interest | K | T | | | | | |
| 37. Volusia County | C | Interest | L | T | | | | | |
| 38. Jacksonville FL Excise Taxes | A | Interest | M | T | | | | | |
| 39. Davis NY Venture Fund A | A | Dividend | M | T | | | | | |
| 40. Davis NY Venture Fund A | | | | | Buy | 12/28 | K | | |
| 41. American Express | A | Dividend | K | T | Sold | 05/05 | K | D | |
| 42. Ameriprise Financial(AmEx spinoff) | A | Dividend | K | T | Sold | 02/24 | K | D | (Spinoff) |
| 43. Florida Rock Industries | A | Dividend | K | T | | | | | |
| 44. CFS Holdings, Inc. | | None | | | | | | | Stock unvalued |
| 45. Exxon Mobil Corp | A | Dividend | L | T | | | | | |
| 46. Philip Morris | | None | L | T | Sale | 01/10 | L | | |
| 47. Ishares TR MSCI EAFE INDEX FD | C | Dividend | L | T | | | | | |
| 48. ISHARES RUSSELL MIDCAP VALUE INDEX FD | C | Dividend | L | T | | | | | |
| 49. ISHARES TR RUSSELL MIDCAP INDEX FD | B | Dividend | L | T | | | | | |
| 50. ISHARES RUSSELL 1000 VALUE IND FD | B | Dividend | L | T | | | | | |
| 51. ISHARES RUSSELL 1000 GROWTH | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| INDEX FD | | | | | | | | | |
| 52. ISHARES TR RUSSELL 2000 VALUE INDEX FD | B | Dividend | L | T | | | | | |
| 53. ISHARES TR RUSSELL 2000 GROWTH INDEX FD | A | Dividend | L | T | | | | | |
| 54. SPDRS&P | A | Dividend | M | T | | | | | |
| 55. Kraft Foods Inc | C | Interest | K | T | | | | | |
| 56. Household Fin Corp | B | Interest | K | T | | | | | |
| 57. CocaCola Enterprises Notes | B | Interest | K | T | | | | | |
| 58. JP Morgan Chase & Co | C | Interest | L | T | | | | | |
| 59. Casts For GECC II | | | K | T | Buy | 4/03 | K | | |
| 60. Goldman Sachs Group | C | Interest | K | T | | | | | |
| 61. Progressive Corp Ohio | A | Dividend | L | T | | | | | |
| 62. Progressive Corp Ohio | | | | | Partial Sale | 05/19 | K | E | |
| 63. Progressive Corp Ohio | | | | | Partial Sale | 07/28 | J | C | |
| 64. Progressive Corp Ohio | | | | | Partial Sale | 08/15 | J | C | |
| 65. Progressive Corp Ohio | | None | | | Partial Sale | 08/29 | J | D | |
| 66. Progressive Corp Ohio | | | | | Final Sale | 12/14 | J | D | |
| 67. Williams Cos Inc | D | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   (See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 68. Amgen. | | None | K | T | | | | | |
| 69. American Tower Corp | | None | K | T | Partial Sale | 05/22 | J | C | |
| 70. Church & Dwight Co. Inc | | None | K | T | Sale | 01/10 | K | D | |
| 71. General Electric | A | Dividend | K | T | Sale | 12/08 | K | C | |
| 72. Hexcel Corp | | | K | T | Sale | 07/06 | K | | |
| 73. Teco Energy Inc | A | Dividend | K | T | Sale | 09/14 | K | | |
| 74. Duke Energy | B | Dividend | K | T | | | | | |
| 75. Express Scripts Inc. Class A | | | K | T | Sale | 05/18 | K | D | |
| 76. FPL Group Inc | A | Dividend | K | T | | | | | |
| 77. Iron Mountain | | None | K | T | Partial Sale | 06/13 | K | C | |
| 78. Motorola Inc | A | Dividend | K | T | Sale | 07/05 | K | | |
| 79. Tiffany | A | Dividend | K | T | Sale | 03/24 | K | | |
| 80. Xerox | | | J | T | Sale | 03/21 | J | | |
| 81. Cobb Cnty Kennestone Hosp | | None | N | T | Sale | 01/10 | N | | Tax Free Var Rate Floaters |
| 82. Leucadia Natl Corp | A | Dividend | K | T | Sale | 12/04 | K | A | |
| 83. Danaher Corp | A | Dividend | K | T | Buy | 02/27 | | | |
| 84. Republic Services | A | Dividend | | | Buy | 03/08 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 07/11/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Republic Services | | | K | T | Sale | 08/29 | K | | |
| 86. MPS Group | | | K | T | Buy | 03/14 | K | | |
| 87. K & F Industries Holdings | | | K | T | Buy | 03/24 | | | |
| 88. K & F Industries Holdings | | | | | Sale | 07/26 | K | | |
| 89. Qwest Communications | | | J | T | Buy | 06/05 | | | |
| 90. El Paso Corporation | A | Dividend | K | T | Buy | 06/21 | | | |
| 91. Emerson Electric Co | A | Dividend | K | T | Buy | 07/06 | | | |
| 92. Morgan Stanley | A | Dividend | K | T | Buy | 07/32 | | | |
| 93. Commercial Bankshares | A | Dividend | K | T | Buy | 08/01 | | | |
| 94. Johnson & Johnson | A | Dividend | L | T | Buy | 06/20 | | | |
| 95. General Dynamics Corp | A | Dividend | K | T | Buy | 08/29 | | | |
| 96. Blount County Tennessee Pub Bldg Auth | A | Interest | L | T | Buy | 10/02 | | | Non-Taxable Floaters |
| 97. Blount County Tennessee Pub Bldg Auth | | | | | Partial Sale | 11/16 | K | | |
| 98. America Campus Communities | | · None | K | T | Buy | 12/14 | | | |
| 99. Williams Partners (line 103 of '05 Report -Misnamed) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| 3. Value Method Codes (See Column C2) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 07/11/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| Huck, Paul C | 07/11/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____  Date __07-11-07__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544